## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x

In re:     :     Chapter 11

    :

ONCURE HOLDINGS, INC., et al.,     :     Case No. 13-11540 (KG)

    :

         Debtors.[1]     :     Jointly Administered

    :

------------------------------------------------------------ x

### NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 21, 2013 AT 10:30 AM. (EDT)[3]

**I.**     **UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION / CERTIFICATION OF COUNSEL:**

1.     Motion of Legacy III Centennial, LLC (I) to Compel the Assumption or Rejection of the Lease or (II) for Relief from the Automatic Stay to Apply the Security Deposit for Unpaid Prepetition Rent [Docket No. 160 - filed July 24, 2013]

         <u>Objection / Response Deadline:</u>     August 12, 2013 at 4:00 p.m. (EDT); extended for Debtors to August 16, 2013 at 4:00 p.m. (EDT)

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: OnCure Holdings, Inc. (1697); Center for Radiation Oncology of Tampa Bay, Inc. (8772); Charlotte Community Radiation Oncology, Inc. (7550); Coastal Oncology, Inc. (6166); Englewood Oncology, Inc. (7072); Fountain Valley & Anaheim Radiation Oncology Centers, Inc. (3999); Interhealth Facility Transport, Inc. (1243); JAXPET, LLC (1932); JAXPET/Positech, L.L.C. (8952); Manatee Radiation Oncology, Inc. (3848); Mica Flo II, Inc. (3431); Mission Viejo Radiation Oncology Medical Group, Inc. (3523); Oncure Medical Corp. (1053); Pointe West Oncology, LLC (4963); Radiation Oncology Center, LLC (8888); Santa Cruz Radiation Oncology Management Corp. (2410); Sarasota County Oncology, Inc. (5920); Sarasota Radiation & Medical Oncology Center, Inc. (4395); U.S. Cancer Care, Inc. (3730); USCC Acquisition Corp. (2679); USCC Florida Acquisition Corp. (0485); USCC Healthcare Management Corp. (6788); and Venice Oncology Center, Inc. (5471). The address for OnCure Holdings, Inc. and certain other Debtors is 188 Inverness Drive West, Suite 650, Englewood, Colorado, 80112.

[2]      **Amended agenda items appear in bold.**

[3]      The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Parties wishing to appear telephonically at this hearing must contact CourtCall via telephone (866-582-6878) or facsimile (866-533-2946) prior to the hearing.

Related Documents:

A.    Notice of Motion [Docket No. 161 - filed July 24, 2013]

B.    Certification of Counsel Regarding (A) Motion of Legacy III Centennial, LLC (I) to Compel the Assumption or Rejection of the Lease or (II) for Relief from the Automatic Stay to Apply the Security Deposit for Unpaid Prepetition Rent and (B) Debtors' Motion for Entry of an Order Authorizing and Approving the Rejection of that Certain Unexpired Lease Entered into With Legacy III Centennial, LLC *Nunc Pro Tunc* to June 14, 2013 [Docket No. 263 - filed August 16, 2013]

C.    **Order Authorizing (A) Debtors' Rejection of the Legacy Lease *Nunc Pro Tunc* to June 14, 2013 and (B) Legacy's Use of the Security Deposit [Docket No. 274 - filed August 20, 2013]**

Objections / Responses Received:

i.    Informal response from the Debtors

Status:    **On August 20, 2013, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

2.    Debtors' Motion for Entry of an Order Authorizing and Approving the Rejection of that Certain Unexpired Lease Into With Legacy III Centennial, LLC Nunc Pro Tunc to June 14, 2013 [Docket No. 189 - filed July 31, 2013]

Objection / Response Deadline:    August 14, 2013 at 4:00 p.m. (EDT); extended for Legacy III Centennial, LLC to August 16, 2013 at 4:00 p.m. (EDT)

Related Documents:

A.    Certification of Counsel Regarding (A) Motion of Legacy III Centennial, LLC (I) to Compel the Assumption or Rejection of the Lease or (II) for Relief from the Automatic Stay to Apply the Security Deposit for Unpaid Prepetition Rent and (B) Debtors' Motion for Entry of an Order Authorizing and Approving the Rejection of that Certain Unexpired Lease Entered into With Legacy III Centennial, LLC *Nunc Pro Tunc* to June 14, 2013 [Docket No. 263 - filed August 16, 2013] *(Document located under Tab 1.B)*

B.    **Order Authorizing (A) Debtors' Rejection of the Legacy Lease *Nunc Pro Tunc* to June 14, 2013 and (B) Legacy's Use of the Security Deposit [Docket No. 274 - filed August 20, 2013] *(Document located under Tab 1.C)***

2

Objections / Responses Received:

    i.       Informal response from Legacy III Centennial, LLC

Status:  **On August 20, 2013, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

3.      Motion of Debtors for Order Under 11 U.S.C. § 365(a) and Fed. R. Bankr. P. 6006 Authorizing the Rejection of Agreements With George McGinn [Docket No. 190 - filed July 31, 2013]

        Objection / Response Deadline:  August 14, 2013 at 4:00 p.m. (EDT)

        Related Documents:

    A.       Certificate of No Objection Regarding Motion of Debtors for Order Under 11 U.S.C. § 365(a) and Fed. R. Bankr. P. 6006 Authorizing the Rejection of Agreements with George McGinn [Docket No. 265 - filed August 19, 2013]

    B.       **Order Approving Motion of Debtors for Order Under 11 U.S.C. § 365(a) and Fed. R. Bankr. P. 6006 Authorizing the Rejection of Agreements with George McGinn [Docket No. 273 - filed August 20, 2013]**

        Objections / Responses Received:  None.

Status:  **On August 20, 2013, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

## II.    CONTESTED MATTER:

4.      Motion of the Debtors for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline and Other Dates, (C) Approving Procedures for Soliciting, Receiving and Tabulating Votes on the Plan and for Filing Objections to the Plan and (D) Approving the Manner and Forms of Notice and Other Related Documents [Docket No. 122 - filed July 17, 2013]

        Objection / Response Deadline:  August 14, 2013 at 4:00 p.m. (EDT); extended to August 16, 2013 at 4:00 p.m. (EDT) for Simi Valley Hospital & Health and the Office of the United States Trustee

Related Documents:

A.     Plan of Reorganization for OnCure Holdings, Inc. and Its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code [Docket No. 120 - filed July 17, 2013]

B.     Disclosure Statement for the Plan of Reorganization for OnCure Holdings, Inc. and Its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code [Docket No. 121 - filed July 17, 2013]

C.     Notice of Disclosure Statement Hearing [Docket No. 123 - filed July 17, 2013]

D.     Plan of Reorganization for OnCure Holdings, Inc. and its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code [Docket No. 268 - filed August 19, 2013]

E.     Disclosure Statement for the Plan of Reorganization for OnCure Holdings, Inc. and its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code [Docket No. 269 - filed August 19, 2013]

F.     Notice of Filing Blacklines of Plan and Disclosure Statement [Docket No. 270 - filed August 19, 2013]

G.     Notice of Filing of Revised Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline and Other Dates, (C) Approving Procedures for Soliciting, Receiving and Tabulating Votes on the Plan and for Filing Objections to the Plan and (D) Approving the Manner and Forms of Notice and Other Related Documents [Docket No. 271 - filed August 19, 2013]

H.     **Notice of Filing of Exhibits to Disclosure Statement [Docket No. 276 - filed August 20, 2013]**

Objections / Responses Received:

i.     Informal comments from the Office of the United States Trustee

ii.    Objection of Simi Valley Hospital & Health Care Services to Debtors' Motion for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline and Other Dates, (C) Approving Procedures for Soliciting, Receiving and Tabulating Votes on the Plan and for Filing Objections to the Plan and (D) Approving the Manner and Forms of Notice and Other Related Documents [Docket No. 261 - filed August 16, 2013]

Status: The hearing on this matter will go forward.

Dated: August 20, 2013
Wilmington, Delaware

RICHARDS, LAYTON & FINGER, P.A.

/s/ Tyler D. Semmelman
Daniel J. DeFranceschi (2732)
Zachary I. Shapiro (5103)
Tyler D. Semmelman (5386)
William A. Romanowicz (5794)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: defranceschi@rlf.com
       shapiro@rlf.com
       semmelman@rlf.com
       romanowicz@rlf.com

- and -

Paul E. Harner
Keith A. Simon
Aaron M. Singer
Annemarie V. Reilly
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Telephone:  212-906-1200
Facsimile:  212-751-4864
Email: paul.harner@lw.com
       keith.simon@lw.com
       aaron.singer@lw.com
       annemarie.reilly@lw.com

*Counsel for Debtors and Debtors in Possession*

RLF1 9186913v.1