UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ONCURE HOLDINGS, INC. | | |
| **Case Number:** | 13-11540-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 21, 2013 10:30 AM   CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matter:*

Disclosure Statement

**R / M #:**   277 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
- Items 1 and 2 - Order entered under Certification of Counsel
- Item 3 - Order entered under CNO
- Item 4 - Order to be entered once final disclosure statement is filed