**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
In re:                                            :   Chapter 11
                                                  :
ONCURE HOLDINGS, INC., <u>et al.</u>,             :   Case No. 13-11540 (KG)
                                                  :
       Debtors.[1]                              :   Jointly Administered
                                                  :
                                                  :   **Re:  Docket Nos. 120, 268 & 284**
---------------------------------------------------------- x

## <u>NOTICE OF FILING OF PLAN SUPPLEMENT</u>

       **PLEASE TAKE NOTICE** that on August 22, 2013, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed their *Plan of Reorganization for OnCure Holdings, Inc. and its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code*  [Docket No. 284] (the "**Plan**").  Capitalized terms used, but not defined, herein have the meanings set forth in the Plan.

       **PLEASE TAKE FURTHER NOTICE** that the Plan contains ten Plan Exhibits and seven Plan Schedules (in each case, as may be amended, modified, or supplemented from time to time) to be included in this Plan Supplement as follows:

<u>Exhibit A:</u>    Amended/New Organizational Documents

<u>Exhibit B:</u>    Amended Secured Notes Guarantees

<u>Exhibit C:</u>    Amended Secured Notes Indenture

<u>Exhibit D:</u>    Amended Secured Notes Indenture Term Sheet

<u>Exhibit E:</u>    Completion Bonus Program

<u>Exhibit F:</u>    Escrowed Notes Agreement

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: OnCure Holdings, Inc. (1697); Center for Radiation Oncology of Tampa Bay, Inc. (8772); Charlotte Community Radiation Oncology, Inc. (7550); Coastal Oncology, Inc. (6166); Englewood Oncology, Inc. (7072); Fountain Valley & Anaheim Radiation Oncology Centers, Inc. (3999); Interhealth Facility Transport, Inc. (1243); JAXPET, LLC (1932); JAXPET/Positech, L.L.C. (8952); Manatee Radiation Oncology, Inc. (3848); Mica Flo II, Inc. (3431); Mission Viejo Radiation Oncology Medical Group, Inc. (3523); Oncure Medical Corp. (1053); Pointe West Oncology, LLC (4963); Radiation Oncology Center, LLC (8888); Santa Cruz Radiation Oncology Management Corp. (2410); Sarasota County Oncology, Inc. (5920); Sarasota Radiation & Medical Oncology Center, Inc. (4395); U.S. Cancer Care, Inc. (3730); USCC Acquisition Corp. (2679); USCC Florida Acquisition Corp. (0485); USCC Healthcare Management Corp. (6788); and Venice Oncology Center, Inc. (5471).  The address for OnCure Holdings, Inc. and certain other Debtors is 188 Inverness Drive West, Suite 650, Englewood, Colorado 80112.

Exhibit G:    Investment Agreement

Exhibit H:    New Intercreditor Agreements

Exhibit I:    Restructuring Support Agreement

Exhibit J:    Restructuring Term Sheet


Schedule 1:    Non-Exclusive List of Litigation Claims

Schedule 2:    New Board of Reorganized HoldCo

Schedule 3:    Non-Released Parties

Schedule 4:    Noteholders' Representative

Schedule 5:    Non-Exclusive List of Rejected Executory Contracts and Unexpired Leases

Schedule 6:    Causes of Action Preserved by the Debtor Releasing Parties

Schedule 7:    Causes of Action Preserved by the Non-Debtor Releasing Parties


**PLEASE TAKE FURTHER NOTICE** that certain of these documents remain subject to continuing negotiations among the Debtors, the Prepetition Secured Noteholders, and the Investor.  The Debtors reserve all rights to amend, modify, or supplement the Plan Supplement and any of the documents contained therein in accordance with the terms of the Plan.  To the extent material amendments or modifications are made to any of these documents, the Debtors will file a blackline version with the Bankruptcy Court prior to the Confirmation Hearing marked to reflect such amendments or modifications.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan Supplement is integral to, part of, and incorporated by reference into the Plan.  Please note, however, these documents have not yet been approved by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing (the "**Confirmation Hearing**") to consider confirmation of the Plan is scheduled to commence at 1:30 p.m. prevailing Eastern Time on October 3, 2013, before The Honorable Kevin Gross, United States Bankruptcy Court, District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.  **This hearing may be continued by the Court or by the Debtors without further notice other than by announcement of same in open court and/or by filing a service and a notice of adjournment.**

SF\5617132.2RLF1 9361721v.1

**PLEASE TAKE FURTHER NOTICE THAT** the copies of the documents included in the Plan Supplement, the Plan, or any other document filed in the Debtors' chapter 11 cases are available (a) at www.kccllc.net/OnCure; (b) by writing to OnCure Case Administration, c/o KCC, 2335 Alaska Avenue, El Segundo, CA 90245; or (c) by calling (877) 634-7166.

Dated: September 13, 2013          RICHARDS, LAYTON & FINGER, P.A.
       Wilmington, Delaware

                                   /s/ *Tyler D. Semmelman*
                                   Daniel J. DeFranceschi (2732)
                                   Tyler D. Semmelman (5386)
                                   William A. Romanowicz (5794)
                                   920 N. King Street
                                   Wilmington, Delaware 19801
                                   Telephone: 302-651-7700
                                   Facsimile: 302-651-7701
                                   Email: defranceschi@rlf.com
                                          semmelman@rlf.com
                                          romanowicz@rlf.com

                                   - and -

                                   Paul E. Harner
                                   Keith A. Simon
                                   Aaron M. Singer
                                   Annemarie V. Reilly
                                   LATHAM & WATKINS LLP
                                   885 Third Avenue
                                   New York, New York 10022-4834
                                   Telephone:  212-906-1200
                                   Fax:  212-751-4864
                                   Email: paul.harner@lw.com
                                          keith.simon@lw.com
                                          aaron.singer@lw.com
                                          annemarie.reilly@lw.com

                                   Counsel for Debtors and Debtors in Possession

3