## Exhibit G

**Investment Agreement**

Previously Filed - See Docket No. 284