## Exhibit I

**Restructuring Support Agreement**

Previously Filed - See Docket No. 284