**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------- x

In re:                                                                :     Chapter 11

                                   :

ONCURE HOLDINGS, INC., et al.,                          :     Case No. 13-11540 (KG)

                                   :

              Debtors.[1]                            :     Jointly Administered

                                   :

---------------------------------------------------------------------- x

**NOTICE OF (I) EFFECTIVE DATE OF THE PLAN OF REORGANIZATION FOR ONCURE HOLDINGS, INC. AND ITS AFFILIATE DEBTORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE AND (II) ESTABLISHING DEADLINE FOR THE FILING OF ADMINISTRATIVE CLAIMS AGAINST THE DEBTORS**

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES-IN-INTEREST**:

        **PLEASE TAKE NOTICE** that an order (the "**Confirmation Order**") confirming the *Plan of Reorganization for OnCure Holdings, Inc. and its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code*, dated August 22, 2013 (as amended, modified or supplemented, the "**Plan**") was entered by this Court on October 3, 2013. Unless otherwise defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the Plan and the Confirmation Order.

        **PLEASE TAKE FURTHER NOTICE** that the Plan was substantially consummated, and the Effective Date (as defined in the Plan) occurred, on October 25, 2013.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: OnCure Holdings, Inc. (1697); Center for Radiation Oncology of Tampa Bay, Inc. (8772); Charlotte Community Radiation Oncology, Inc. (7550); Coastal Oncology, Inc. (6166); Englewood Oncology, Inc. (7072); Fountain Valley & Anaheim Radiation Oncology Centers, Inc. (3999); Interhealth Facility Transport, Inc. (1243); JAXPET, LLC (1932); JAXPET/Positech, L.L.C. (8952); Manatee Radiation Oncology, Inc. (3848); Mica Flo II, Inc. (3431); Mission Viejo Radiation Oncology Medical Group, Inc. (3523); Oncure Medical Corp. (1053); Pointe West Oncology, LLC (4963); Radiation Oncology Center, LLC (8888); Santa Cruz Radiation Oncology Management Corp. (2410); Sarasota County Oncology, Inc. (5920); Sarasota Radiation & Medical Oncology Center, Inc. (4395); U.S. Cancer Care, Inc. (3730); USCC Acquisition Corp. (2679); USCC Florida Acquisition Corp. (0485); USCC Healthcare Management Corp. (6788); and Venice Oncology Center, Inc. (5471). The address for OnCure Holdings, Inc. and certain other Debtors is 188 Inverness Drive West, Suite 650, Englewood, Colorado 80112.

**Deadline For Filing Administrative Claims**

**PLEASE TAKE FURTHER NOTICE** that **November 25, 2013**, at 5:00 p.m. (Prevailing Pacific Time) (the "**Administrative Claims Bar Date**") was established by this Court as the deadline by which holders of Administrative Claims must file proofs of administrative claim against the Debtors.  For your convenience, enclosed with this notice is a proof of administrative claim form (the "**Proof of Administrative Claim Form**").  The Proof of Administrative Claim Form is also available free of charge on KCC's website at http://www.kccllc.net/OnCure.  You may also contact the Debtors' Voting and Claims Agent, KCC, at (877) 634-7166.

**PLEASE TAKE FURTHER NOTICE** that holders of the following Administrative Claims are **not** required to file a Proof of Administrative Claim on or before the Administrative Claims Bar Date solely with respect to such Administrative Claim: (i) an Administrative Claim against the Debtors for which a signed proof of administrative claim has already been properly filed with the Clerk of this Court for the District of Delaware or KCC in a form substantially similar to the Proof of Administrative Claim Form; (ii) an Administrative Claim that has been previously allowed, and/or paid in full by the Debtors, in accordance with the Bankruptcy Code or an order of this Court; (iii) an Administrative Claim that constitutes a Professional Fee Claim; and (iv) an Administrative Claim that constitutes a Claim for Ad Hoc Secured Noteholders Committee Fees and Expenses (collectively, the "**Excluded Administrative Claims**").

**PLEASE TAKE FURTHER NOTICE** that all holders of Administrative Claims (other than Excluded Administrative Claims) must submit (by overnight mail, courier service, hand delivery, regular mail or in person) an original, written Proof of Administrative Claim Form so as to be **actually received** by KCC, by no later than 5:00 p.m. (Prevailing Pacific Time) on or before the Administrative Claims Bar Date (November 25, 2013) at the following address:

OnCure Claims Processing
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245

**PLEASE TAKE FURTHER NOTICE** that Proofs of Administrative Claims will be deemed timely filed only if **actually received** by KCC on or before the Administrative Claims Bar Date.  Proofs of Administrative Claims may **not** be delivered by facsimile, telecopy, or electronic mail transmission.  Any facsimile, telecopy, or electronic mail submissions will **not** be accepted and will **not** be deemed filed until a Proof of Administrative Claim Form is submitted to KCC by overnight mail, courier service, hand delivery, regular mail or in person.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to receive acknowledgment that their Proofs of Administrative Claim Forms were received by KCC must submit (i) a copy of the Proof of Administrative Claim Form and (ii) a self-addressed, stamped envelope (in addition to the original Proof of Administrative Claim Form sent to KCC).

**PLEASE TAKE FURTHER NOTICE** that to be valid, your Proof of Administrative Claim Form **MUST** (i) be signed by the applicable holder of the Administrative Claim; (ii) be written in the English language; (iii) be denominated in lawful currency of the United States; and

2

(iv) be submitted with copies of any supporting documentation or an explanation of why any such documentation is not available.

**PLEASE TAKE FURTHER NOTICE** that any holder of an Administrative Claim who is required, but fails, to file a Proof of Administrative Claim Form with KCC on or before the Administrative Claims Bar Date shall be forever barred, estopped and enjoined from asserting such Administrative Claim against the Debtors or the Reorganized Debtors (or filing a Proof of Administrative Claim Form with respect thereto), and the Debtors' and the Reorganized Debtors' property shall be forever discharged from any and all indebtedness or liability with respect to such Administrative Claim.

**ALL PLEADINGS FILED WITH, AND ORDERS GRANTED BY, THE BANKRUPTCY COURT ARE AVAILABLE FOR INSPECTION ON THE BANKRUPTCY COURT'S INTERNET SITE AT WWW.DEB.USCOURTS.GOV AND AT NO COST FROM THE REORGANIZED DEBTORS' RESTRUCTURING WEBSITE: HTTP://WWW.KCCLLC.NET/ONCURE.**

Dated:  October 25, 2013
Wilmington, Delaware

BY THE ORDER OF THE COURT
THE HONORABLE KEVIN GROSS

Counsel for the Debtors and Debtors-in-Possession

**RICHARDS, LAYTON & FINGER, P.A.**

Daniel J. DeFranceschi (2732)
Paul N. Heath (3704)
Tyler D. Semmelman (5386)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

**LATHAM & WATKINS LLP**

Paul E. Harner
Keith A. Simon
Aaron M. Singer
Annemarie V. Reilly
885 Third Avenue
New York, New York 10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864

NY\5922797.11RLF1 9511133v.2